Eric J. Goodman (CA State Bar No. 210694)
**GOODMAN MOONEY, LLP**
18012 Cowan, 2nd Floor
Irvine, California 92614
Telephone: (949) 622-0020
Email: litigation@goodmanmooney.com

Gregory P. Goonan (CA State Bar No. 119821)
**THE AFFINITY LAW GROUP**
5230 Carroll Canyon Road, Suite 230
San Diego, California 92121
Telephone: (858) 412-4296
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
CLAIMTEK, LLC, dba CLAIMTEK SYSTEMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIMTEK, LLC dba CLAIMTEK SYSTEMS, a California limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>MED OFFICE GROUP INC., a Colorado corporation; JOHN WARREN, an Individual; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 8:22-cv-01696-FWS-DFM<br><br>**NOTICE OF MOTION AND MOTION BY PLAINTIFF FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS MED OFFICE GROUP, INC. AND JOHN WARREN**<br><br>Date: February 15, 2024<br>Time: 10:00 am<br>Court: 10D (Hon. Fred W. Slaughter) |

TO THE COURT, THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

1.   <u>Notice of Motion and Hearing</u>:

PLEASE TAKE NOTICE that on February 15, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 10D of the above-entitled court, located at 411 W 4th St, Santa Ana, California 92701, plaintiff CLAIMTEK,

-1-

LLC dba CLAIMTEK SYSTEMS will, and hereby does, move the court for an order entering default judgment against defendants MED OFFICE GROUP, INC. and JOHN WARREN individually.

2. <u>Grounds</u>:

This motion is made pursuant to Rule 55(b) of the Federal Rules of Civil Procedure on the ground that defendants MED OFFICE GROUP, INC. and JOHN WARREN individually failed to file a timely response to Plaintiff's Complaint in this action or otherwise timely plead or defend in this action.

3. <u>Supporting Documents</u>:

This motion is based upon the following: (i) this notice of motion and motion; (ii) the supporting memorandum of points and authorities filed herewith under separate cover; (iii) the Declarations of Eric Goodman and Khalil Farhat filed herewith under separate cover in support of this motion; (iv) the files and records in this matter; and (v) such other and further matters as the court may properly consider in connection with this motion.

Dated: January 4, 2024            THE AFFINITY LAW GROUP

By: _____
Gregory P. Goonan
Attorneys for Plaintiff